**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

RICHARD DENSON,

    Plaintiff,

v.

CLARK COUNTY, *et al.*,

    Defendants.

2:10-cv-00525-RCJ-LRL

**O R D E R**

Before the court are plaintiff's Motion to Order NAPHCARE to Copy and Send All of Plaintiff's Medical Records (#16) and Motion to Inspect and/or Preserve and Copy All Evidence in Plaintiff's Criminal Case and Have Said Evidence Sent to Plaintiff (#17), to which defendants filed Oppositions (#21) and (#20), respectively. No replies were filed.

Through his motion (#16), plaintiff asks the court for an order requiring defendant, NaphCare, to provide plaintiff with a copy of his medical file.[1] Plaintiff "submits [Motion (#17)] to obtain, perserve [Sic.], copy all evidence in plaintiff's criminal case." Insofar as plaintiff's motions are essentially motions to compel, they are premature and must be denied.

Before a party may file a motion to compel pursuant to Fed.R.Civ.P. 37, that party must first serve a discovery request on the party from whom discovery is sought. For example, Rule 34 provides the procedure to request documents. If a response to a proper request for discovery is unsatisfactory, the requesting party must then meet and confer with the other party to try and resolve the issue without court intervention. *See* Fed.R.Civ.P. 37; *see also* Local Rule 26-7. Only if the parties are not able on their own to reach a satisfactory result may the requesting party file a motion to compel discovery. *See id.* Pursuant

---

[1] Despite its opposition to the motion (#16), defendant NaphCare stated that it would provide plaintiff with a copy of his medical records under separate cover as a courtesy. Opp'n (#21) at 3.

to Fed.R.Civ.P. 37(a)(1) and LR 26-7(b), the party filing a motion to compel must include a certification that it has in good faith met and conferred with the person or party failing to make disclosure or discovery in an effort to obtain the discovery without court action.

Accordingly, and for good cause shown,

IT IS ORDERED that plaintiff's Motion to Order NAPHCARE to Copy and Send All of Plaintiff's Medical Records (#16) is denied.

IT IS FURTHER ORDERED that plaintiff's Motion to Inspect and/or Preserve and Copy All Evidence in Plaintiff's Criminal Case and Have Said Evidence Sent to Plaintiff (#17) is denied.

DATED this 1st day of March, 2011.

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**