# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD DENSON,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK COUNTY, *et al.*,<br><br>    Defendants. | 2:10-cv-00525-RCJ-LRL<br><br>**O R D E R** |

This matter comes before the court on defendant Naphcare's Motion to Stay Discovery in Light of the Pending Motion to Dismiss, or, in the Alternative, Motion to Extend All Discovery Deadlines for an Additional 120 Days (#32). No response has been filed. Plaintiff's failure to respond constitutes his consent to the granting of the motion. LR 7-2(d). Accordingly, and for good cause otherwise shown,

IT IS ORDERED that defendant's Motion to Stay Discovery (#32) is granted.

DATED this 15th day of April, 2011.

*/s/ Lawrence R. Leavitt*
_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**