# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

RICHARD A. DENSON,

           Plaintiff,

vs.

DOUG GILLISPIE, et al.,

           Defendants.

2:10-cv-00525-APG-VCF

**MINUTE ORDER**

      Before the Court is the *Richard A. Denson v. Doug Gillispie, et al.*, case no. 2:10-cv-00525-APG-VCF.

      A motion hearing has been scheduled for October 9, 2013. (#118).

      IT IS HEREBY ORDERED that on or before 4:00 p.m., September 24, 2013, counsel for Naphcare must deliver to Chambers, Room 3005 of the Lloyd D. George U.S. Courthouse, a copy of Naphcare's response to Plaintiff's First Set of Interrogatories and all 154 pages of Exhibit A to Defendant Naphcare, Inc.'s Initial Disclosure Statement and Witness List Pursuant to FED. R. CIV. P. 26(a). (#103-1).

      DATED this 17th day of September, 2013.

                                                               CAM FERENBACH
                                                               UNITED STATES MAGISTRATE JUDGE