UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD DENSON,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>DET. JOHN LUCAS, , *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:10-cv-525-APG-VCF<br><br>**Order Accepting Report & Recommendation and Dismissing Defendant Lt. T. Lee** |

On October 15, 2013, Magistrate Judge Ferenbach entered his Order and Report & Recommendation [Dkt. #126] recommending that Defendant Lt. T. Lee be dismissed without prejudice. No objection has been filed to that Report and Recommendation. The Court has conducted a de novo review of the issues set forth in the Report & Recommendation, pursuant to Local Rule IB 3-2. Judge Ferenbach's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Therefore,

IT IS HEREBY ORDERED that the Report and Recommendation is accepted, and this Defendant Lt. T. Lee is DISMISSED from this case without prejudice.

Dated: February 20, 2014.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE