# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD DENSON,<br><br>                              Plaintiff,<br><br>        v.<br><br>DET. JOHN DUCAS, *et al.*,<br><br>                              Defendants. | Case No. 2:10-cv-525-APG-VCF<br><br>**Order Dismissing Claims against**<br>**Defendant Dr. McGrorey** |

On October 29, 2013, Magistrate Judge Ferenbach ordered Plaintiff Richard Denson to serve defendant Dr. McGrorey on or before December 21, 2013. (Dkt. #130.) Mr. Denson did not do so. On January 12, 2015, I ordered Mr. Denson to show cause, on or before February 9, 2015, why his claims against Dr. McGrorey should not be dismissed for failure to timely effect service. (Dkt. #151.) Mr. Denson was warned that failure to respond will result in dismissal of his claims without further notice. (*Id.*)

Mr. Denson did not respond to my Order, nor has he shown cause why his claims against Dr. McGrorey should not be dismissed.

IT IS THEREFORE ORDERED that Mr. Denson's claims against defendant Dr. McGrorey are hereby DISMISSED. The clerk of the court shall enter judgment accordingly.

Dated: February 11, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE